1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN NORMAN NEY,

12             Petitioner,                    1:07-cv-00999 AWI DLB (HC)

13   vs.                                      ORDER GRANTING MOTION
                                              TO PROCEED IN FORMA PAUPERIS
14   JAMES YATES.
                                              (DOCUMENT #2)
15             Respondent.
                                        /
16   _____

17         Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28

18   U.S.C. § 2254.

19         Petitioner has filed a motion to proceed in forma pauperis and a certified copy of petitioner's

20   prison trust account statement.   Examination of these documents reveals that petitioner is unable to

21   afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is GRANTED.

22   See 28 U.S.C. § 1915.

23

24         IT IS SO ORDERED.

25      Dated:    July 31, 2007            _____/s/ Dennis L. Beck_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28