IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN NORMAN NEY,** | 1:07-cv-0999 AWI DLB HC |
| Petitioner, | ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSIVE PLEADING |
| v. | |
| **JAMES YATES, Warden,** | (DOCUMENT #9) |
| Respondent. | |

GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's application for extension of time to file responsive pleading is GRANTED nunc pro tunc as of November 14, 2007.

IT IS SO ORDERED.

Dated:   **November 16, 2007**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE